**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DAVID LACAYO, an individual, | ) CASE NO.: 2:17−cv−2783 AB (JEMx) |
| | ) Date Action Filed: March 15, 2017 |
| Plaintiff, | ) |
| | ) Assigned for All Purposes to |
| vs. | ) Hon. Andre Birotte Jr. |
| | ) |
| SETERUS, INC., a Delaware | ) **[PROPOSED] JUDGMENT OF** |
| Corporation; FEDERAL NATIONAL | ) **DISMISSAL** |
| MORTGAGE ASSOCIATION; and | ) |
| DOES 1 through 10, inclusive, | ) **L.R. 56-1** |
| | ) |
| Defendants. | ) Trial Date: August 7, 2018 |
| | ) |
| | ) |

JUDGMENT OF DISMISSAL shall issue for Defendants. Defendants are the prevailing parties in this matter.

Dated: May 2, 2018

_____

ANDRÉ BIROTTE JR.

UNITED STATES DISTRICT JUDGE

1

THE RYAN FIRM
A Professional Corporation